**Stephen Piucci, OSB #  821056**
steve@piucci.com
**Joe Piucci, OSB #  135325**
joe@piucci.com
PIUCCI LAW, LLC
900 SW 13th, Suite 200
Portland, OR 97205-1707
Tel: (503) 228-7385
*Lead / Local Counsel for Plaintiff*

**M. Ryan Casey, OSB # 152824**
ryan@rcaseylaw.com
CASEY LAW FIRM, LLC
PO Box 4577
Frisco, CO 80443-4577
Tel: (970) 372-6509
*Counsel for Plaintiff*

**Gillian L. Wade** (*to apply PHV*)
gwade@mjfwlaw.com
**Sara D. Avila** (*to apply PHV*)
savila@mjfwlaw.com
**Marc A. Castaneda** (*to apply PHV*)
mcastaneda@mjfwlaw.com
MILSTEIN JACKSON
FAIRCHILD & WADE, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067-6212
Tel: (310) 396-9600
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SARAH VITORT, a consumer residing in Oregon, individually and on behalf of all others situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE KROGER COMPANY, an Ohio corporation, FRED MEYER STORES, INC., an Ohio corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 3:20-cv-01317-AC<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

**CERTIFICATE OF COMPLIANCE**

Counsel for plaintiff has conferred with defense counsel regarding the subject of this motion, as required under Local Rule 7-1. Defendants do not oppose this motion.

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME - 1

## MOTION

Plaintiff Sarah Vitort respectfully moves the court for an order under Fed. R. Civ. P. 6(b) and LR 16-3 extending the deadline for responding to defendants' Motion to Dismiss until January 6th, 2021.

Plaintiff's complaint was filed on August 6, 2020. Plaintiff did not oppose Defendants' request to extend the deadline for the filing of a responsive pleading until November 6th, 2020. Defendants filed the Motion to Dismiss on November 5th, 2020.

The basis for the requested extension is that plaintiff needs additional time to investigate and prepare her response to the Motion to Dismiss, which raises complex factual and legal issues. The court issued a scheduling order taking the Motion under advisement as of February 3rd, 2021; this requested extension will not interfere with this timeframe.

This motion is made in good faith and not for purposes of delay.

RESPECTFULLY SUBMITTED this 10th day of November, 2020

By: _____
Joe Piucci (OSB # 135325)
joe@piucci.com
900 SW 13th, Suite 200
Portland, OR 97205-1707
Tel: (503) 228-7385
Fax: (503) 228-2571