

# fruit noun, often attributive

Save Word

\ ˈfrüt \
*plural* **fruits**

## Definition of *fruit* (Entry 1 of 2)

1   a : a product of plant growth (such as grain, vegetables, or cotton)
       // the *fruits* of the field

    b (1) : the usually edible reproductive body of a seed plant

           *especially* : one having a sweet pulp associated with the seed
           // the *fruit* of the tree

      (2) : a succulent (see SUCCULENT entry 1 sense 1c) plant part (such as the petioles (see PETIOLE sense 1) of a rhubarb plant) used chiefly in a dessert or sweet course

    c : a dish, quantity, or diet of fruits
       // live on *fruit*

    d : a product of fertilization (see FERTILIZATION sense b) in a plant with its modified envelopes or appendages

       *specifically* : the ripened ovary (see OVARY sense 2) of a seed plant and its contents



    **e**  : the flavor or aroma of fresh fruit in mature wine

       // The wine's *fruit* is rich in tangerine, apricot, and papaya flavors.

**2**  : OFFSPRING, PROGENY

    // the *fruit* of the womb

**3**  **a**  : the state of bearing fruit

       // a tree in *fruit*

    **b**  : the effect or consequence of an action or operation **:** PRODUCT, RESULT

       // the *fruits* of our labor

       // the *fruits* of victory

**4**  *slang, offensive* **:** a gay person —used as a term of abuse and disparagement

# fruit *verb*

**fruited**; **fruiting**; **fruits**

## Definition of *fruit* (Entry 2 of 2)

*intransitive verb*

**:** to bear fruit

*transitive verb*

**:** to cause to bear fruit

Exhibit A