https://www.ahdictionary.com/word/search.html?q=fruit

# The AMERICAN HERITAGE® dictionary

**fruit** 🔊 (fro͞ot)

Share: **Tweet**

*n. pl.* **fruit** or **fruits**
1.
   **a.** The ripened ovary or ovaries of a seed-bearing plant, together with accessory parts, containing the seeds and occurring in a wide variety of forms.
   **b.** An edible, usually sweet and fleshy form of such a structure.
   **c.** A part or an amount of such a plant product, served as food: *fruit for dessert.*
2. The fertile, often spore-bearing structure of a plant that does not bear seeds.
3. A plant crop or product: *the fruits of the earth.*
4. Result; outcome: *the fruit of their labor.*
5. Offspring; progeny.
6. A fruity aroma or flavor in a wine.
7. *Offensive Slang* Used as a disparaging term for a gay man.

*intr. & tr.v.* **fruit·ed, fruit·ing, fruits**
   To produce or cause to produce fruit.

[Middle English, from Old French, from Latin *frūctus*, enjoyment, fruit, from past participle of *fruī*, to enjoy.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2020 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

**Exhibit B**