



Exhibit C