https://www.collinsdictionary.com/us/dictionary/english/fruit

# Collins

fruit

● English ●   French   Spanish   More dictionaries

Learner: fruit | Image | Video pronunciation | fruit | English: fruit | Example senten ▶

**Definition of 'fruit'**

# fruit
Collins COBUILD

Word Frequency ●●●●●

(fruːt 🔊)
Word forms: fruit, fruits, fruiting, fruited

**LANGUAGE NOTE:**
The plural form is usually fruit, but can also be fruits.

1. **VARIABLE NOUN**

   **Fruit** or a **fruit** is something which grows on a tree or bush and which contains seeds or a pit covered by a substance that you can eat.

   *Fresh fruit and vegetables provide fiber and vitamins.* 🔊
   *...bananas and other tropical fruits.* 🔊

2. **INTRANSITIVE VERB**

   If a plant **fruits**, it produces fruit.

   *The scientists will study the variety of trees and observe which are fruiting.* 🔊

3. **COUNTABLE NOUN**

   **The fruits** or **the fruit of** someone's work or activity are the good things that result from it.

   *The team has really worked hard and we're all enjoying the fruits of that labor.* 🔊

   **Synonyms:** result, reward, outcome, end result   More Synonyms of **fruit**

4. See also **kiwi fruit**

5. See **to bear fruit**

Exhibit D

**More Synonyms of fruit**

*COBUILD Advanced English Dictionary. Copyright © HarperCollins Publishers*

**Image of fruit**



© Karramba Production, shutterstock

**Video: pronunciation of fruit**



• You may also like •

Exhibit D



# fruit

Word Frequency

in American English esp collectively

(fruːt) (noun plural **fruits** *or* **fruit**)

**NOUN**

1. any product of plant growth useful to humans or animals
2. the developed ovary of a seed plant with its contents and accessory parts, as the pea pod, nut, tomato, or pineapple
3. the edible part of a plant developed from a flower, with any accessory tissues, as the peach, mulberry, or banana
4. the spores and accessory organs of ferns, mosses, fungi, algae, or lichen
5. anything produced or accruing; product, result, or effect; return or profit
   *the fruits of one's labors*
6. *offensive slang*
   a male homosexual

**INTRANSITIVE VERB** or **TRANSITIVE VERB**

7. to bear or cause to bear fruit
   *a tree that fruits in late summer*
   *careful pruning that sometimes fruits a tree*

*Most material © 2005, 1997, 1991 by Penguin Random House LLC. Modified entries © 2019 by Penguin Random House LLC and HarperCollins Publishers Ltd*

Exhibit D