**KEVIN H. KONO**, OSB #023528
kevinkono@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201-5610
Telephone:  (503) 241-2300

**JACOB M. HARPER**, *pro hac vice*
jharper@dwt.com
**JAMES H. MOON**, *pro hac vice*
jamesmoon@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:  (213) 633-6800

*Attorneys for Defendants*
*The Kroger Company and*
*Fred Meyer Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SARAH VITORT**, a consumer residing in Oregon, individually and on behalf of all others situated,<br><br>**PLAINTIFF**,<br><br>v.<br><br>**THE KROGER COMPANY**, an Ohio corporation; **FRED MEYER STORES, INC.**, an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>**DEFENDANTS.** | Case No. 3:20-cv-01317-AC<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS** |

## LR 7-1 CERTIFICATE OF COMPLIANCE

Counsel for Defendants The Kroger Company and Fred Meyer Stores, Inc. ("Defendants") conferred with counsel for Plaintiff Sarah Vitort ("Plaintiff") regarding the subject of this motion, as required under Local Rule 7-1.  Plaintiff does not oppose the extension of time requested herein.

## MOTION

Defendants respectfully move for an order under Fed. R. Civ. P. 6(b) and Local Rule 16-3 extending the time in which they must file their Response to Plaintiffs' Objections to the Magistrate's Findings and Recommendations on Defendants' Motion to Dismiss by 15 days, from October 28, 2021, to a new due date of November 12, 2021 (given the holiday on November 11).  The reason for the requested extension is that Defendants' counsel primarily responsible for preparing Defendants' response have a number of conflicting deadlines in other matters, and Defendants need more time to analyze Plaintiff's objections and the arguments and authority therein and to prepare the response.  Plaintiff does not oppose this requested extension, which is made in good faith and not for purposes of delay.  The requested extension will not interfere with any pending deadline.

DATED this 18th day of October, 2021.

**DAVIS WRIGHT TREMAINE LLP**

By  s/ James H. Moon

**KEVIN H. KONO**, OSB #023528
Email:  kevinkono@dwt.com
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201-5610
Telephone: (503) 241-2300

**JACOB M. HARPER**, *pro hac vice*
Email: jharper@dwt.com
**JAMES H. MOON**, *pro hac vice*
Email: jamesmoon@dwt.com
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800

*Attorneys for Defendants*
*The Kroger Company and*
*Fred Meyer Stores, Inc.*