IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SARAH VITORT, a consumer residing in Oregon, individually and on behalf of all others situated,<br><br>        Plaintiff,<br><br>  v.<br><br>THE KROGER COMPANY, an Ohio Corporation, FRED MEYER STORES, INC., an Ohio Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | No. 3:20-cv-01317-AC<br><br>JUDGMENT |

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed.

Pending motions, if any, are denied as moot.


    DATED:____February 1, 2022_____.


                                                  _____
                                                  MARCO A. HERNÁNDEZ
                                                  United States District Judge


1 – JUDGMENT