**Stephen Piucci, OSB #  821056**
steve@piucci.com
**Joe Piucci, OSB #  135325**
joe@piucci.com
PIUCCI LAW, LLC
900 SW 13th, Suite 200
Portland, OR 97205-1707
Tel: (503) 228-7385
*Lead / Local Counsel for Plaintiff*

**M. Ryan Casey, OSB # 152824**
ryan@rcaseylaw.com
CASEY LAW FIRM, LLC
PO Box 4577
Frisco, CO 80443-4577
Tel: (970) 372-6509
*Counsel for Plaintiff*

**Gillian L. Wade (*pro hac vice*)**
gwade@mjfwlaw.com
**Sara D. Avila (*pro hac vice*)**
savila@mjfwlaw.com
**Marc A. Castaneda (*pro hac vice*)**
mcastaneda@mjfwlaw.com
MILSTEIN JACKSON
FAIRCHILD & WADE, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067-6212
Tel: (310) 396-9600
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SARAH VITORT, a consumer residing in Oregon, individually and on behalf of all others situated,<br><br>    Plaintiff,<br>    v.<br><br>THE KROGER COMPANY, an Ohio corporation, FRED MEYER STORES, INC., an Ohio corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-01317-AC<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Sarah Vitort hereby appeals to the U.S. Court of Appeals for the Ninth Circuit from the Order, ECF 38, and Judgment, ECF 39, entered in this action. The Judgment was entered in this action on February 1, 2022.

NOTICE OF APPEAL - 1

In compliance with FRAP 12(b) and Ninth Circuit Rule 3-2(b), attached hereto is a Representation Statement that identifies all parties to the action with the names, addresses, telephone numbers, and e-mail addresses of their respective counsel.

DATED this 2nd day of March, 2022

By: _____
Joe Piucci (OSB # 135325)
joe@piucci.com
Stephen Piucci (OSB # 821056)
steve@piucci.com
900 SW 13th, Suite 200
Portland, OR 97205-1707
Tel: (503) 228-7385
Fax: (503) 228-2571

and

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade (*pro hac vice*)
gwade@mjfwlaw.com
Sara D. Avila (*pro hac vice*)
savila@mjfwlaw.com
Marc A. Castaneda (*pro hac vice*)
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

and

**CASEY LAW FIRM, LLC**
M. Ryan Casey (OSB # 152824)
ryan@rcaseylaw.com
PO Box 4577
Frisco, CO 80443
Tel: (970) 372-6509
Fax: (970) 372-6482

*Counsel for Plaintiff*