**Stephen Piucci, OSB #  821056**
steve@piucci.com
**Joe Piucci, OSB #  135325**
joe@piucci.com
PIUCCI LAW, LLC
900 SW 13th, Suite 200
Portland, OR 97205-1707
Tel: (503) 228-7385
*Lead / Local Counsel for Plaintiff*

**M. Ryan Casey, OSB # 152824**
ryan@rcaseylaw.com
CASEY LAW FIRM, LLC
PO Box 4577
Frisco, CO 80443-4577
Tel: (970) 372-6509
*Counsel for Plaintiff*

**Gillian L. Wade (*pro hac vice*)**
gwade@mjfwlaw.com
**Sara D. Avila (*pro hac vice*)**
savila@mjfwlaw.com
**Marc A. Castaneda (*pro hac vice*)**
mcastaneda@mjfwlaw.com
MILSTEIN JACKSON
FAIRCHILD & WADE, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067-6212
Tel: (310) 396-9600
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SARAH VITORT, a consumer residing in Oregon, individually and on behalf of all others situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE KROGER COMPANY, an Ohio corporation, FRED MEYER STORES, INC., an Ohio corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 3:20-cv-01317-AC<br><br>**REPRESENTATION STATEMENT** |

　　　　Pursuant to Fed. R. App. P. 12(b) and Circuit Rule 3-2, the undersigned states that Plaintiff Sarah Vitort is the appellant in this matter. The parties are represented by the following attorneys of record:

//

//

REPRESENTATION STATEMENT - 1

Attorneys for Plaintiff-Appellant:

**Stephen Piucci, OSB # 821056**
steve@piucci.com
**Joe Piucci, OSB # 135325**
joe@piucci.com
PIUCCI LAW, LLC
900 SW 13th, Suite 200
Portland, OR 97205-1707
Tel: (503) 228-7385
*Lead / Local Counsel for Plaintiff*

**M. Ryan Casey, OSB # 152824**
ryan@rcaseylaw.com
CASEY LAW FIRM, LLC
PO Box 4577
Frisco, CO 80443-4577
Tel: (970) 372-6509
*Counsel for Plaintiff*

**Gillian L. Wade (*pro hac vice*)**
gwade@mjfwlaw.com
**Sara D. Avila (*pro hac vice*)**
savila@mjfwlaw.com
**Marc A. Castaneda (*pro hac vice*)**
mcastaneda@mjfwlaw.com
MILSTEIN JACKSON
FAIRCHILD & WADE, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067-6212
Tel: (310) 396-9600
*Counsel for Plaintiff*

Attorneys for Defendants-Appellees:

**Kevin H. Kono, OSB #023528**
kevinkono@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201-5610
Telephone: (503) 241-2300

**Jacob M. Harper (*pro hac vice*)**
jharper@dwt.com
**James H. Moon (*pro hac vice*)**
jamesmoon@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800

REPRESENTATION STATEMENT - 2

DATED this 2nd day of March, 2022

By: _____
Joe Piucci (OSB # 135325)
joe@piucci.com
900 SW 13th, Suite 200
Portland, OR 97205-1707
Tel: (503) 228-7385
Fax: (503) 228-2571

REPRESENTATION STATEMENT - 3